O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANGEL PENA,

                    Plaintiff,

          v.

UNITED STATES OF AMERICA,

                    Defendant.

)
)
)
)
)
)
)
)
)
)

Case No.   CV 12-02422 DDP ✓
           [CR 04-00837 WMB]

ORDER DENYING 2255 MOTION

     The MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 USC 2255 (DOCKET NUMBER 1)is hereby denied.  The MOTION TO DISMISS (DOCKET NUMBER 5) is vacated as moot.

IT IS SO ORDERED.

Dated: March 24, 2015

_____
DEAN D. PREGERSON
United States District Judge